JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SYED ARIF HUSSAIN MOSAVI, | Case № 2:24-cv-01769-ODW (AJRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RENA BITTER et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, (ECF No. 18), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants; and
2. Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

September 4, 2024

  _____
  **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**